If it were upto her, forty pages of court and her charges would harden her account for theses, but she's asking for a lot moreÖ. But Asa, I can confirm this is there. Websites are assimilated and there are accusations every little place keep online. These websites are associated with the realty of the property of the people they serve and their property. So if you combine this with her lawsuit, there's not even an international reasoning here to lie. No. But in terms of the context of these sales, even in the journal of work, they found that okay, there needs to be a more complete definition of a specific particularity, or to say that it generates as the indisputable cover. I don't know.
judges: Bea, Ikuta, Restani